UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Stacy Ray Johnson**                          **Docket No. 5:22-CR-121-1M**

### Petition for Action on Supervised Release

COMES NOW Matthew A. Fmura, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Stacy Ray Johnson, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on April 24, 2023, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Stacy Ray Johnson was released from custody on July 22, 2024, at which time the term of supervised release commenced.

On September 26, 2024, a Violation Report was submitted advising the court that the defendant used marijuana and cocaine. Outpatient treatment, in which he was already enrolled, was increased.

On November 18, 2024, a Violation Report was submitted advising the court that the defendant tested positive for marijuana use and admitted to cocaine and fentanyl use. The sample was confirmed positive for marijuana use by the National Laboratory. No action was taken by the court, which allowed Johnson to enroll in, and complete, residential substance abuse treatment at Addiction Recovery Care Association (ARCA) on February 28, 2025.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 11, 2025, the defendant submitted a urine specimen to the U.S. Probation Officer which tested positive for cocaine, marijuana and fentanyl use. When confronted with the positive result, Johnson admitted using cocaine on April 8, 2025, and marijuana on April 4, 2025. He did not recall when he used fentanyl, however, he believed the cocaine was laced with it. It appears that despite inpatient drug treatment, Johnson needs further restrictions to limit access to illegal drugs and those who possess them. Additionally, GPS monitoring will definitively show that the defendant continues to engage in outpatient treatment. Consequently, it is respectfully recommended that the court impose 60 days of curfew with GPS monitoring. Should further violations occur, the court will be notified.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Stacy Ray Johnson
Docket No. 5:22-CR-121-1M
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Matthew A. Fmura
Matthew A. Fmura
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2345
Executed On: April 25, 2025

### ORDER OF THE COURT

Considered and ordered this 25th day of April, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge